UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONNIE WONG,**<br>    Plaintiff,<br>    v.<br>**JOHN M. MCHUGH, ET AL.,**<br>    Defendants. | Case No.  15-cv-01127-YGR<br><br>**ORDER DENYING MOTION FOR TELEPHONIC APPEARANCE**<br>Re: Dkt. No. 32 |

On May 21, 2015, defendants Michigan Department of Military and Veterans Affairs and Gregory Vadnais (the "moving defendants") filed a motion to dismiss. (Dkt. No. 23.) Thereafter, the case was reassigned to the undersigned. (Dkt. No. 27.) The moving defendants re-noticed the motion to dismiss for Thursday, June 25, 2015 at 9 a.m. (Dkt. No. 28.) They then filed the instant motion to appear by telephone at that hearing. (Dkt. No. 32.)

The Court hereby **DENIES** the motion for telephonic appearance as premature. The moving defendants improperly re-noticed the motion. Thus, the hearing set for June 25, 2015 is **VACATED**. The Court holds its civil law and motion calendar on Tuesdays at 2 p.m. The moving defendants shall re-notice the motion accordingly. The Court notes that if argument is required, telephonic appearances are rarely granted. Moreover, a party may choose to affirmatively submit on the papers.

This Order terminates Docket Number 32.

**IT IS SO ORDERED.**

Dated: June 5, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**