UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CONNIE WONG**,

      Plaintiff,

  v.

**JOHN M. MCHUGH, SECRETARY OF THE ARMY, ET AL.**,

      Defendants.

Case No. 15-cv-01127-YGR

**ORDER DENYING MOTIONS TO DISMISS AS MOOT**

Re: Dkt. Nos. 23, 38

The initial complaint in this action was filed on March 16, 2015. (Dkt. No. 1 ("Complaint").) On May 21, 2015, defendants Michigan Department of Military and Veterans Affairs and Gregory Vadnais ("Michigan Defendants") filed a Motion to Dismiss the Complaint. (Dkt. No. 23.) Plaintiff filed an opposition thereto on June 11, 2015. (Dkt. No. 34.) Thereafter, on July 9, 2015, defendants Deborah Lee James, John M. McHugh, David S. Baldwin, Matthew Beevers, Jon K. Kelk, Randall Ball, Nathaniel S. Reddicks, Steven Butow, Thomas Keegan, William Martin, Sean Maltbie, Ronald W. Wilson, and the California Military Department ("Federal Defendants") also filed a Motion to Dismiss the Complaint. (Dkt. No. 38.)

On July 23, 2015, the plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). (Dkt. No. 40 ("FAC").) Thereafter, the Federal Defendants filed a notice of withdrawal of their motion to dismiss. (Dkt. No. 43.) The Michigan Defendants have yet to file such a notice. In light of the filing of the FAC, the Michigan Defendants' Motion to Dismiss is **DENIED** as moot. The hearing set for August 18, 2015 is therefore **VACATED**.

This Order terminates Docket Number 23.

**IT IS SO ORDERED.**

Dated: July 29, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**