UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONNIE WONG,**<br>　　　　　Plaintiff,<br>　　v.<br>**JOHN MCHUGH, SECRETARY OF THE ARMY, ET AL.,**<br>　　　　　Defendants. | Case No.  15-cv-01127-YGR<br><br>**ORDER VACATING HEARING**<br>Re: Dkt. No. 51 |

Defendant Michigan National Guard filed a motion to dismiss plaintiff's First Amended Complaint on August 6, 2015.  (Dkt. No. 51.)  The hearing on the motion currently set for September 15, 2015 is **VACATED**.  The Court will reschedule the hearing at a later date if necessary.

**IT IS SO ORDERED.**

Dated: August 27, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**