UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONNIE WONG,**<br>　　　　　Plaintiff,<br><br>　　v.<br><br>**JOHN M. MCHUGH, SECRETARY OF THE ARMY, ET AL.,**<br>　　　　　Defendants. | Case No.  15-cv-01127-YGR<br><br>**ORDER DENYING REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Re: Dkt. No. 59 |

　　　　Defendant Michigan National Guard's belated request for a telephonic appearance at today's case management conference (Dkt. No. 59) is **DENIED**. The parties were previously advised that telephonic appearances are rarely granted. (Dkt. No. 33.) If *all* parties agree, the Court will entertain a short continuance of the conference.

　　　　**IT IS SO ORDERED.**

Dated: October 5, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**