UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONNIE WONG,** | Case No.  15-cv-01127-YGR |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO DISMISS** |
| **JOHN M. MCHUGH, SECRETARY OF THE ARMY, ET AL.,** | Re: Dkt. No. 51 |
| Defendants. | |

For the reasons stated on the record at the October 26, 2015 conference, defendant Michigan National Guard's motion to dismiss plaintiff's first amended complaint is **GRANTED**. Plaintiff shall file any motion for leave to amend, attaching the proposed second amended complaint, by November 17, 2015.  A response or opposition thereto shall be filed by December 8, 2015.  A reply shall be filed by December 15, 2015.  The motion shall be set for hearing on the Court's 2:00 p.m. calendar on January 12, 2016.

This Order terminates Docket Number 51.

**IT IS SO ORDERED.**

Dated: October 2: , 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**