UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CONNIE WONG**,

        Plaintiff,

  v.

**JOHN M. MCHUGH, SECRETARY OF THE ARMY, ET AL.**,

        Defendants.

Case No. 15-cv-01127-YGR

**ORDER SETTING COMPLIANCE HEARING**

The Court understands, based upon the mediator's report, that the above-captioned case has settled. Accordingly, all pending motion, case management, and trial dates are **VACATED**. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, April 22, 2016**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (1) a Stipulation of Dismissal; or (2) a one-page Joint Statement setting forth an explanation regarding their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: March 23, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**