```
BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
E-mail: michael.t.pyle@usdoj.gov

Attorneys for Federal Defendants
Department of Defense, Department of the Army,
Department of the Air Force, and California National Guard
```

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
4/7/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CONNIE WONG, | CASE NO. 15-1127 YGR |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| DEPARTMENT OF THE ARMY, ET AL., | Hon. Yvonne Gonzalez Rogers |
| Defendants. | |

The parties to this action hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a), and pursuant to the Settlement Agreement entered into by the parties to this action. Each party shall bear its own fees and costs, except as set forth in the parties' Settlement Agreement.

IT IS SO STIPULATED.

BRIAN J. STRETCH
ACTING UNITED STATES ATTORNEY

DATED: March 16, 2016      By: _____
Michael T. Pyle
Assistant United States Attorney
Attorney for Defendant

STIPULATION OF DISMISSAL WITH PREJUDICE
15-1127 YGR                                       1

| | | |
|---|---|---|
| 1 | DATED: March 15, 2016 | _____<br>Connie Wong<br>Plaintiff |
| 2 | | |
| 3 | | |
| 4 | DATED: March 16, 2016 | LAW OFFICE OF RODNEY WILLIAMS |
| 5 | | |
| 6 | | By: _____<br>Rodney Williams<br>Attorney for Plaintiff |

STIPULATION OF DISMISSAL WITH PREJUDICE
15-1127 YGR                                         2